UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 06-710 (JLL) |
| v. : | ORDER |
| : | |
| DAVID JEAN SIMON : | |

### SUBSTITUTION OF COUNSEL

This matter having been opened to the Court by Richard Coughlin, Federal Public Defender, who seeks permission to withdraw from the representation of David Jean Simon, and to substitute Stacy A. Biancamano, Esq., as counsel for the defendant, effective October 27, 2008, and neither government nor Mr. Simon having any objection to the requested substitution, and good and sufficient cause having been shown,

IT IS on this 6th day of October ORDERED, that

1. Effective October 27, 2008, the Office of the Federal Public Defender will be relieved as counsel for David Jean Simon.

2. Effective October 27, 2008, Stacy A. Biancamano, Esq., shall be appointed to represent David Jean Simon, pursuant to 18 U.S.C. § 3006A and Part II D(5) of Appendix I to the Criminal Justice Act Plan for the District of New Jersey.

_____
Honorable Joel L. Linares, U.S.D.J.